Attachment A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

_Kelvin G. Moss_
_____
_____
*Your full name*

v.

_Tony Moore / USP Hazelton_
_____
_____
_____
_____
*Enter above the full name of defendant(s) in this action*

FILED
NOV 15 2019
U.S. DISTRICT COURT
CLERKSBURG WV 26241

**FEDERAL CIVIL RIGHTS
COMPLAINT
(*BIVENS* ACTION)**

Civil Action No.: _1:19cv 209_
*(To be assigned by the Clerk of Court)*

Kleeh
Aloi
Williams


## I.    JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**.  The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II.    PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

   A.    Name of Plaintiff: _Kelvin Moss_    Inmate No.: _11392-058_
         Address: _P.O. Box 3000   Pine Knot Ky. 42635_
         _____

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

**Attachment A**

B.    Name of Defendant: _Tony Moore_____
Position: _Food Service Officer_____
Place of Employment: _USP Hazelton_____
Address: _P.o. Box 2000   Bruceton Mills, WV. 26525_

_____

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?   ☑ Yes      ☐ No

If your answer is "YES," briefly explain: _Food Service Officer_
_at USP Hazelton._____
_____
_____


B.1   Name of Defendant: _____
Position: _____
Place of Employment: _____
Address: _____

_____

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?   ☐ Yes      ☐ No

If your answer is "YES," briefly explain: _____
_____
_____
_____
_____


B.2   Name of Defendant: _____
Position: _____
Place of Employment: _____
Address: _____

_____

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?   ☐ Yes      ☐ No

**Attachment A**

If your answer is "YES," briefly explain: _____
_____
_____
_____
_____


B.3   Name of Defendant: _____
      Position: _____
      Place of Employment: _____
      Address: _____
      _____

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?   ☐ Yes     ☐ No

If your answer is "YES," briefly explain: _____
_____
_____
_____
_____


B.4   Name of Defendant: _____
      Position: _____
      Place of Employment: _____
      Address: _____
      _____

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?   ☐ Yes     ☐ No

If your answer is "YES," briefly explain: _____
_____
_____
_____
_____

**Attachment A**

B.5    Name of Defendant: _____

       Position: _____

       Place of Employment: _____

       Address: _____

       _____

Was this Defendant acting under the authority or color of federal state
law at the time these claims occurred?    ☐ Yes       ☐ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

_____

## III.   PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: USP McCReaRy _____

A.    Is this where the events concerning your complaint took place?
       ☐ Yes    ☑ No

    If you answered "NO," where did the events occur?
    USP Hazelton _____

B.    Is there a prisoner grievance procedure in the institution
where the events occurred?    ☑ Yes    ☐ No

C.    Did you file a grievance concerning the facts relating to this complaint in the
prisoner grievance procedure?
       ☐ Yes    ☑ No

D.    If your answer is "NO," explain why not: Because J was placed in
Special Housing And transfered with-in a week After the
Assault! J filed my Grievance procedure soon As J got
here to USP McCReary.

E.    If your answer is "YES," identify the administrative grievance procedure
number(s) in which the claims raised in this complaint were addressed

Attachment A

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 $\underline{\text{BP-8}}$

LEVEL 2 $\underline{\text{BP-9}}$

LEVEL 3 $\underline{\text{BP-10}}$

IV.  PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?        □ Yes       ☑ No

B.  If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.  Parties to this previous lawsuit:

    Plaintiff(s):_____

    Defendant(s):_____

2.  Court: _____
    *(If federal court, name the district; if state court, name the county)*

3.  Case Number:_____

4.  Basic Claim Made/Issues Raised: _____
    _____
    _____
    _____

5.  Name of Judge(s) to whom case was assigned:
    _____

6.  Disposition: _____
    *(For example, was the case dismissed? Appealed? Pending?)*

7.  Approximate date of filing lawsuit:_____

Attachment A

      8.      Approximate date of disposition. Attach Copies:_____

C.      Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?

      ☐ Yes      ☐ No

D.      If your answer is "YES," briefly describe how relief was sought and the result.  If your answer is "NO," explain why administrative relief was not sought.

_____
_____
_____
_____

E.      Did you exhaust available administrative remedies?

      ☐ Yes      ☐ No

F.      If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion.  If your answer is "NO," briefly explain why administrative remedies were not exhausted.

_____
_____
_____
_____
_____

G.      If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted.  Describe each civil action or appeal.  If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G.  PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

      1.      Parties to previous lawsuit:

Attachment A

Plaintiff(s): _____

Defendant(s): _____

2.    Name and location of court and case number:

_____
_____
_____

3.    Grounds for dismissal:    ☐ frivolous    ☐ malicious
      ☐ failure to state a claim upon which relief may be granted

4.    Approximate date of filing lawsuit: _____

5.    Approximate date of disposition: _____

V.    <u>STATEMENT OF CLAIM</u>

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case.  Describe what <u>each</u> defendant did to violate your constitutional rights.  **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES.  NO MORE THAN FIVE (5) TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)***

CLAIM 1: While serving a nurse in the (am - officer-mess hall) F/S officer "Tony Moore" walked up behind me and punched me as hard as he could in the kidney. Then told me I would piss blood tonight. The force of the blow made me urinate on my self and later caused my "Enlarged Prostate"!!

Supporting Facts: The Nurse (Ms. Turbi) wrote a memo about the

incident. I was seen by Medical and placed in lock-up. I was transfered on a "Administrative transfer. I was placed on medication for my injuries. The (O I G)" Office of inspecter General" came and talked with me... about the assault.

CLAIM 2: Although the incident took place in front of a "Health Service staff member" (Ms. Turbi), I wasn't seen for a day or 2 later. I walked around in pain until notified later.

Supporting Facts: Mr. Friend then, the "Medical Administrator" saw me days later at Main-Line and stated he'd been looking for me. He picked up the phone in the hall-way, made a call and sent me to Medical. "Food service officer Hall," was also present when the assault happen and may have written a memo.

CLAIM 3: _____

_____

_____

_____

_____

Supporting Facts: _____

_____

_____

_____

_____

CLAIM 4: _____

_____

_____

_____

_____

Supporting Facts: _____

_____

Attachment A

_____
_____
_____

CLAIM 5: _____
_____
_____
_____
_____

Supporting Facts: _____
_____
_____
_____
_____

## VI.   INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

My Kidney hurt for almost a year. For Months I had Problems
urinating because of a elarged Prostate with Lower urinary
tract symptoms. Headaches from Fear and Stress. Problems
Sleeping for over a year. My Mental Health was a issue and it
was raised to a higher care level. I'm plagued with Anxiety
and Fear still to this day from the assault.

## VII.   RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

Make the officer seek counseling. I would like to be
awarded $200,000.00 for monetary payment for pain and
suffering. Another 100,000.00 for future damages.

**Attachment A**

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at <u>USP McCreary</u> on <u>11-3-2019</u>.
        (Location)                              (Date)

<u>Kulvin Moss</u>
Your Signature

---

Attachment E

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Kelvin Moss
_____

_____
*Your full name*

v.                                                    Civil Action No.: 1:19cv 209

Tony Moore/USP Hazelton
_____

_____

_____
*Enter above the full name of defendant(s) in this action*

## Certificate of Service

I, Kelvin Moss                (your name here), appearing *pro se*, hereby certify

that I have served the foregoing   Civil Action                (title of

document being sent) upon the defendant(s) by depositing true copies of the same in the

United States mail, postage prepaid, upon the following counsel of record for the

defendant(s) on  11-3-2019            (insert date here):

(List name and address of counsel for defendant(s))

Kelvin Moss
_____
(sign your name)